No. 377. CHARLAN, Appellant, v. DEPARTMENT OF INDUSTRY, LABOR & HUMAN RELATIONS and others, Respondents.

(Also reported in 224 N. W. 2d 214.)

The cause was submitted for the appellant on the brief of *Eisenberg & Kletzke* of Milwaukee; for the respondent Department of Industry, Labor & Human Relations on the brief of *Robert W. Warren,* attorney general, and *Stephen M. Sobota,* assistant attorney general; and for the respondents Coca-Cola Bottling Company and General Accident, Fire & Life Assurance Corporation, Ltd., on the brief of *Borgelt, Powell, Peterson & Frauen* of Milwaukee.

Judgment affirmed.